Local AO 442 (Rev. 10/11) Arrest Warrant

# UNITED STATES DISTRICT COURT
## DISTRICT OF NORTH DAKOTA

RECEIVED
UNITED STATES MARSHALS

JUN - 8 2017

| | | |
|---|---|---|
| United States of America<br>v.<br>Brandon Glen Key, a/k/a Keys, a/k/a Kokane Keys<br><br>_Defendant_ | ) ) ) ) ) ) | DISTRICT OF NORTH DAKOTA<br>Case No.  1:17-cr-130-07 |

## ARREST WARRANT

To:     Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
_(name of person to be arrested)_     Brandon Glen Key, a/k/a Keys, a/k/a Kokane Keys                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint
☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

Conspiracy to Distribute and Possess with Intent to Distribute Oxycodone
Distribution of Oxycodone
Aiding and Abetting
Forfeiture Allegation

Date: 06/08/2017

/s/ Renee Hellwig
_Issuing officer's signature_

City and state:    Bismarck, ND

Renee Hellwig, Deputy Clerk
_Printed name and title_

### Return

This warrant was received on _(date)_ Jun 8 - 2017, and the person was arrested on _(date)_ 3-14-18
at _(city and state)_ Detroit MI.

Date: 3-14-18

Executing Arresting officer's signature

Kenneth Gonnon
_Printed name and title_